17 So.2d 188

**Charlie SPARKS v. STATE.**

**7 Div. 792.**

Court of Appeals of Alabama.

Jan. 18, 1944.

Wm. N. McQueen, Acting Atty. Gen., for the State.

SIMPSON, Judge.

Appeal dismissed, motion of appellant.

17 So.2d 188

**Charlie SPARKS v. STATE.**

**7 Div. 793.**

Court of Appeals of Alabama.

Jan. 18, 1944.

Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed, motion of appellant.

12 So.2d 875

**Mack SPROUSE v. STATE.**

**8 Div. 341.**

Court of Appeals of Alabama.

Feb. 16, 1943.

Wm. Stell, of Russellville, for appellant.
Wm. N. McQueen, Atty. Gen., for the State.

RICE, Judge.

Affirmed.

20 So.2d 897

**J. T. STAMPS, Jr., v. STATE.**

**6 Div. 127.**

Court of Appeals of Alabama.

Dec. 19, 1944.

Wm. N. McQueen, Acting Atty. Gen., for the State.

RICE, Judge.

Affirmed.

20 So.2d 897

**Allen William STEEL v. STATE.**

**6 Div. 159.**

Court of Appeals of Alabama.

Jan. 9, 1945.

Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Affirmed.

14 So.2d 915

**Ike STEPHENS v. STATE.**

**6 Div. 17.**

Court of Appeals of Alabama.

May 25, 1943.

Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Affirmed.